UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23139-CIV-LENARD/O'SULLIVAN

JANET FELICIANO,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, a
Municipal entity, et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Defendants, Robert Acosta, Andrew Dohler, Douglas Dozier, and James Nash's Motion to Strike Former Plaintiff Edgardo Gonzaga as a Witness (DE# 97, 10/16/11). Rule 7.1(c) of the Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). On October 16, 2011, the defendants filed the instant motion. As of the date of this Order, no response has been filed with the Court. Accordingly, it is

ORDERED AND ADJUDGED that the Defendants, Robert Acosta, Andrew Dohler, Douglas Dozier, and James Nash's Motion to Strike Former Plaintiff Edgardo Gonzaga as a Witness (DE# 97, 10/16/11) is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida this **3rd** day of January, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record